# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SALVADOR ESPARZA, et al.,
 Plaintiffs,
v.
UNKNOWN OFFICERS, and the CITY OF AURORA,
 Defendants.

Case Number:
FILED: MAY 7, 2008
08CV2626    PH
JUDGE ST. EVE
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS SALVADOR ESPARZA, et al.,

| | |
|---|---|
| **NAME (Type or print)** <br> Abbas Merchant | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Abbas Merchant | |
| **FIRM** <br> Horwitz, Richardson & Baker LLC | |
| **STREET ADDRESS** <br> 20 S Clark St., Suite 500 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6281540 | **TELEPHONE NUMBER** <br> (312) 676-2100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |