**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SALVADOR ESPARZA, et al.,
Plaintiffs,
v.
UNKNOWN OFFICERS, and the CITY OF AURORA,
Defendants.

Case Number:
FILED: MAY 7, 2008
08CV2626       PH
JUDGE ST. EVE
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS SALVADOR ESPARZA, et al.,

| | |
|---|---|
| NAME (Type or print) <br> Blake Horwitz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Blake Horwitz | |
| FIRM <br> Horwitz, Richardson, & Baker, LLC. | |
| STREET ADDRESS <br> 20 S. Clark Street, Suite 500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6200803 | TELEPHONE NUMBER <br> (312) 676-2100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |