**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SALVADOR ESPARZA, et al.,<br>Plaintiffs,<br>v.<br>UNKNOWN OFFICERS, and the CITY OF AURORA,<br>Defendants. | Case Number:<br>FILED: MAY 7, 2008<br>08CV2626    PH<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS SALVADOR ESPARZA, et al.,

| |
|---|
| NAME (Type or print)<br>Rachelle Sorg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rachelle Sorg |
| FIRM<br>HORWITZ, RICHARDSON & BAKER, LLC |
| STREET ADDRESS<br>20 S. Clark St., Suite 500, Chicago, Illinois 60603 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287455 | (312) 676-2100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐