IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALVADOR ESPARZA, JOVITA LOPEZ, on behalf of herself and LETICIA ESPARZA, a minor, FILIBERTO CHAVEZ, ESTHER SILVA-ESPARZA, and RACHEL NOFFSINGER,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNKNOWN OFFICERS, and the CITY OF AURORA,<br><br>    Defendants. | No. 08 C 2626<br><br>Judge Amy St. Eve<br><br>Magistrate Judge Nolan |

## INITIAL STATUS REPORT

NOW COMES the Plaintiff, by and through Abbas Merchant of Horwitz, Richardson & Baker, L.L.C., and the Defendants, by and through its attorney, John B. Murphey of Rosenthal, Murphey & Coblentz, and propose to this Court the following joint status report of the parties:

**1.    NATURE OF THE CASE**

A.    Plaintiffs are represented by Horwitz, Richardson & Baker, LLC., Blake Horwitz is the lead trial attorney, Defendant City of Aurora is represented by Rosenthal, Murphy, and Coblentz. John B. Murphey is the lead trial attorney.

B.    Jurisdiction of the court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983; the Judicial Code, 28 U.S.C. §1331 and §1343(a); the Constitution of the United States; and this Court's supplementary jurisdiction powers.

C.    Nature of the claims asserted in the complaint and any counterclaims: The Plaintiffs allege claims of § 1983 excessive force, § 1983 false arrest, false arrest (state

1

law claim), battery (state law claim), § 1983 conspiracy claim, conspiracy (state law claim) § 1983 unlawful seizure of property, § 1983 equal protection claim (class of one), a Monell claim against the City of Aurora, a 745 ILCS 10/9-102 claim against the City of Aurora and a supplementary *respondeat superior* claim.

  D. Principal legal issues: the probable cause standard for a false arrest claim, the proper use of force when engaging in arrest, the elements of a violation of the equal protection clause, the elements of battery and conspiracy. Principal factual issues: whether the Defendants had probable cause basis to arrest, whether Defendants used force against Plaintiffs and whether said use of force was reasonable under the circumstances, the Defendants' factual basis for probable cause and the Plaintiff's claimed lack thereof.

  E. Plaintiff seeks money damages, punitive damages, attorneys' fees and costs.

  **2.** **PENDING MOTIONS AND CASE PLAN**

  A. There are no pending motions.

  B. Discovery Plan:

  1. The parties expect the use of normal discovery devices, including requests for production of documents, interrogatories, requests for admission and depositions. At this juncture, the parties anticipate depositions will be needed as to the parties, treating physicians, witnesses, and 30(b)(6) witnesses. The parties propose the following discovery schedule:

  2. Rule 26(a)(1) disclosures due by July 15, 2008.

  3. Fact discovery to be completed by February 28, 2009.

  4. Expert discovery to be completed by May 30, 2009, reports to be disclosed 30 days prior.

  5. All dispositive motions to be filed by June 21, 2009.

  6. Final Pre-Trial order to be filed by August 30, 2009.

 C. Trial

  1. A jury trial has been demanded.

  2. The parties anticipate the trial will take 8 to 10 days.

  3. The parties believe the case will be ready for trial by September 30, 2009.

**3.** **Consent to Proceed before Magistrate Judge**

 The parties do not consent to proceed before a Magistrate Judge.

**4.** **Status of Settlement Negotiations**

 A. No settlement negotiations have taken place.

 B. Not applicable.

 C. The parties do not request a settlement conference at this time although the parties may request one in the future.

| | |
|---|---|
| s/ Abbas Merchant_____ | __/s/ John B. Murphey_____ |
| **HORWITZ, RICHARDSON & BAKER LLC** | John B. Murphey |
| Two First National Plaza | Rosenthal, Murphey & Coblentz |
| 20 S. Clark St. Suite 500 | 30 N. LaSalle Street, Suite 1624 |
| Chicago, Illinois 60603 | Chicago, Illinois 60602 |
| Ph (312) 676-2100 | (312) 541-1070 |
| Fax (312) 372-7076 | (312) 541-9191 (fax) |