IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALVADOR ESPARZA, JOVITA LOPEZ, on behalf of herself and LETICIA ESPARZA, a minor, FILIBERTO CHAVEZ, ESTHER SILVA-ESPARZA, and RACHEL NOFFSINGER,<br><br>Plaintiffs,<br><br>v.<br><br>UNKNOWN OFFICERS, and the CITY OF AURORA,<br><br>Defendants. | No. 08 C 2626<br><br>Judge Amy St. Eve<br><br>Magistrate Judge Nolan |

**NOTICE OF FILING**

I hereby certify that on June 18, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following document(s):

INITIAL STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Erica E. Faaborg | efaaborg@hrbattorneys.com |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@erlaw.net, mpizarro@hrbattorneys.com, npeters@erlaw.net, npeters@hrbattorneys.com |
| Abbas Badruddin Merchant | amerchant@hrbattorneys.com |
| John B. Murphey | jmurphey@rmcj.com, cdavis@rmcj.com, ddoty@rmcj.com |
| Elliot S. Richardson | erichardson@erlaw.net, eadame@hrbattorneys.com, mpizarro@erlaw.net, npeters@erlaw.net, rsorg@erlaw.net |
| Rachelle M. Sorg | rsorg@erlaw.net, npeters@erlaw.net |

<u>s/Abbas Merchant</u>

**Horwitz, Richardson, & Baker, LLC.**

20 S. Clark Street, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)