**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Salvador Esparza, et al.
                      Plaintiff,

v.                                                             Case No.: 1:08−cv−02626
                                                                Honorable Amy J. St. Eve

Officers, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/23/2008 and continued to 8/26/08 at 8:30 a.m. Rule 26(a)(1) disclosures by 7/15/08. Written discovery to be issued by 7/23/08. Fact discovery to close 2/27/09. Expert discovery to close 5/29/09. Dispositive motions with supporting memorada to be filed by 6/22/09. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.