IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALVADOR ESPARZA, JOVITA LOPEZ, on behalf of herself and LETICIA ESPARZA, a minor, FILIBERTO CHAVEZ, ESTHER SILVA-ESPARZA, and RACHEL NOFFSINGER,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNKNOWN OFFICERS and the CITY OF AURORA<br><br>     Defendants. | No. 08-cv-2626<br><br>JUDGE Amy St. Eve<br><br>MAGISTRATE JUDGE Nolan |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on July 21, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:
NOTICE and FIRST AMENDED COMPLAINT AT LAW

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John B. Murphey     jmurphey@rmcj.com,cdavis@rmcj.com,ddoty@rmcj.com

Blake Wolfe Horwitz  bhorwitz@hrbattorneys.com lobh@att.net npeters@hrbattorneys.com
                    npeters@erlaw.net mpizarro@hrbattorneys.com mpizarro@erlaw.net
                    ovirola@hrbattorneys.com
Elliot S. Richardson   erichardson@erlaw.net mpizarro@erlaw.net npeters@erlaw.net
                    rsorg@erlaw.net eadame@hrbattorneys.com ovirola@hrbattorneys.com
Abbas Badruddin Merchant   amerchant@hrbattorneys.com,lobh@att.net
Rachelle M. Sorg      rsorg@erlaw.net npeters@erlaw.net

Erica E. Faaborg      efaaborg@hrbattorneys.com

1

/s/Abbas Merchant

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100