**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Salvador Esparza et al., | Case Number: 08 CV 2626 |
| v. | |
| Sgt. Doerzaph et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Deputy Gatske #113;

Kane County Sheriff Patrick B. Perez;

County of Kane.

| |
|---|
| NAME (Type or print) <br> Joseph F. Lulves |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Joseph F. Lulves |
| FIRM  Kane County State's Attorney |
| STREET ADDRESS  100 South Third Street, 4th Floor |
| CITY/STATE/ZIP  Geneva, IL 60134 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6197008 | TELEPHONE NUMBER  630-208-5320 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL           APPOINTED COUNSEL |