## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Salvador Esparza et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 CV 2626 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| Sgt. Doerzaph et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Notice of Filing of Appearance

To:  Blake Horwitz          bhorwitz@hrbattorneys.com
     Abbas Merchant          amerchant@hrbattorneys.com
     Elliot Richardson       erichardson@erlaw.net
     Erica Faaborg           efaaborg@hrbattorneys.com
     Rachelle Sorg           rsorg@erlaw.net
     Amanda Yarusso          ayarusso@hrbattorneys.com
     John B. Murphy          jmurphy@rmcj@rmcj.com

Please take notice that on August 14, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Kane County Assistant State's Attorney Joseph F. Lulves, correct copies of which are attached to this Notice of Filing and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document to be served upon the above named party by ECF on August 14, 2008.

/s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008