**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Salvador Esparza et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 CV 2626 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | |
| Sgt. Doerzaph et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Filing of Answers**

To:   Blake Horwitz            bhorwitz@hrbattorneys.com
      Abbas Merchant           amerchant@hrbattorneys.com
      Elliot Richardson        erichardson@erlaw.net
      Erica Faaborg            efaaborg@hrbattorneys.com
      Rachelle Sorg            rsorg@erlaw.net
      Amanda Yarusso           ayarusso@hrbattorneys.com
      John B. Murphy           jmurphy@rmcj@rmcj.com

Please take notice that on August 14, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Answers of Deputy Gatske, Kane County Sheriff Patrick B. Perez, and the County of Kane, correct copies of which are attached to this Notice of Filing and duly served upon you.

**Certificate of Service**

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described documents to be served upon the above named party by ECF on August 14, 2008.

/s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008